# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Martin Marcucci** | : | **Chapter 13** |
| | **Loretta Marcucci** | : | **Bankruptcy No.** |
| | | : | **18-11705 JKF** |

## ORDER

**AND NOW,** to wit, this _____ day of _____, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $4,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,500.00 from the estate to the extent provided by the confirmed Plan.

**Date: September 12, 2018**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge