United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Martin Marcucci
Loretta Marcucci
      Debtors

Case No. 18-11705-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 18, 2020
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
14185845          +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
          4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
        KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
    AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB
    MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor   Bayview Loan Servicing, LLC, et al pa-bk@logs.com
        MICHAEL SETH SCHWARTZ   on behalf of Debtor Martin  Marcucci msbankruptcy@verizon.net,
    schwartzmr87357@notify.bestcase.com
        MICHAEL SETH SCHWARTZ   on behalf of Joint Debtor Loretta  Marcucci msbankruptcy@verizon.net,
    schwartzmr87357@notify.bestcase.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
    ECF_FRPA@Trustee13.com
                                                    TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11705-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Martin Marcucci
4884 Weldon Avenue
Trevose PA 19053

Loretta Marcucci
4884 Weldon Avenue
Trevose PA 19053

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/18/2020.

Name and Address of Alleged Transferor(s):

Claim No. 22: THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON, et al
c/o Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/20

Tim McGrath
**CLERK OF THE COURT**