| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-11705-AMC**

MARTIN  MARCUCCI
LORETTA  MARCUCCI
4884 WELDON AVENUE
TREVOSE  PA   19053

Petition Filed Date: 03/13/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 08/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $138.00 | | 02/11/2019 | $138.00 | | 03/08/2019 | $138.00 | |
| 04/09/2019 | $138.00 | | 05/08/2019 | $138.00 | | 06/07/2019 | $138.00 | |
| 07/08/2019 | $138.00 | | 08/07/2019 | $138.00 | | 09/10/2019 | $138.00 | |
| 10/08/2019 | $138.00 | 6241036000 | 11/12/2019 | $138.00 | 6321149000 | 12/09/2019 | $138.00 | 6392306000 |
| 01/09/2020 | $138.00 | 6470070000 | 02/11/2020 | $138.00 | 6553420000 | 03/09/2020 | $138.00 | 6624981000 |
| 04/07/2020 | $138.00 | 6697402000 | 05/08/2020 | $138.00 | 6778060000 | 06/11/2020 | $138.00 | 6856601000 |
| 07/09/2020 | $138.00 | 6928035000 | 08/10/2020 | $138.00 | 7002246000 | | | |

**Total Receipts for the Period:  $2,760.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,812.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 22 | BANK OF AMERICA  N.A.<br>»» 022 | Mortgage Arrears | $277.46 | $277.46 | $0.00 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 006 | Unsecured Creditors | $1,320.51 | $0.00 | $1,320.51 |
| 23 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $1,545.82 | $0.00 | $1,545.82 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $501.87 | $0.00 | $501.87 |
| 24 | CREDIT FIRST NA<br>»» 024 | Unsecured Creditors | $1,715.22 | $15.58 | $1,699.64 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $1,735.49 | $15.76 | $1,719.73 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $4,119.33 | $37.40 | $4,081.93 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $3,756.77 | $34.10 | $3,722.67 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $2,766.93 | $18.27 | $2,748.66 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 018 | Unsecured Creditors | $4,151.35 | $37.69 | $4,113.66 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,811.65 | $16.44 | $1,795.21 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $634.45 | $0.00 | $634.45 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $575.47 | $0.00 | $575.47 |

**Chapter 13 Case No. 18-11705-AMC**

| | | | | | |
|---|---|---|---|---|---:|
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  019 | Unsecured Creditors | $1,369.82 | $0.00 | $1,369.82 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  020 | Unsecured Creditors | $4,810.23 | $43.67 | $4,766.56 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $4,291.46 | $38.94 | $4,252.52 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $713.18 | $0.00 | $713.18 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $2,286.68 | $15.09 | $2,271.59 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $803.16 | $0.00 | $803.16 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  013 | Unsecured Creditors | $4,835.81 | $43.89 | $4,791.92 |
| 21 | SYNCHRONY BANK<br>»»  021 | Unsecured Creditors | $1,066.54 | $0.00 | $1,066.54 |
| 8 | TD BANK USA NA<br>»»  008 | Unsecured Creditors | $3,294.36 | $21.75 | $3,272.61 |
| 9 | TD BANK USA NA<br>»»  009 | Unsecured Creditors | $2,058.80 | $18.70 | $2,040.10 |
| 25 | MICHAEL S SCHWARTZ ESQ<br>»»  025 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,812.00 | Current Monthly Payment: | $138.00 |
| Paid to Claims: | $3,134.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $330.76 | Total Plan Base: | $4,778.00 |
| Funds on Hand: | $346.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.