Certificate Number: 15317-PAE-DE-035390899

Bankruptcy Case Number: 18-11705



15317-PAE-DE-035390899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2021, at 12:50 o'clock PM PST, Martin J Marcucci completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 22, 2021         By:    /s/Lea Sorino

Name:  Lea Sorino

Title:  Counselor