Certificate Number: 15317-PAE-DE-035390900

Bankruptcy Case Number: 18-11705



15317-PAE-DE-035390900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 22, 2021</u>, at <u>12:50</u> o'clock <u>PM PST</u>, <u>Loretta R Marcucci</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 22, 2021</u>          By:    <u>/s/Lea Sorino</u>

Name:   <u>Lea Sorino</u>

Title:   <u>Counselor</u>