United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11705-amc |
| Martin Marcucci | Chapter 13 |
| Loretta Marcucci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin Marcucci, Loretta Marcucci, 4884 Weldon Avenue, Trevose, PA 19053-7932 |
| cr | | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | + | Bank of America, N.A., 4425 Ponce De Leon Blvd., 5th Floor, CORAL GABLES, FL 33146-1837 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |
| 14073050 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14075868 | + | Bank of NY Mellon, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14073051 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14276456 | + | Bayview Loan Servicing LLC, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14073052 | + | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14096501 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14114997 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14073061 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14073063 | + | FMA Alliance, 12339 Cutten Road, Houston, TX 77066-1807 |
| 14075418 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14073065 | + | Nmac, Po Box 660360, Dallas, TX 75266-0360 |
| 14185845 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14468879 | | THE BANK OF NEW YORK MELLON, et al, c/o Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14073078 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14108099 | | The Bank of New York Mellon, et al, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14073079 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2021 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 10 2021 01:56:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14096088 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 01:18:51 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 18-11705-amc   Doc 47   Filed 06/11/21   Entered 06/12/21 00:51:39   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 58 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14073053 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2021 01:16:02 | | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14073054 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 10 2021 01:18:53 | | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14073055 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 10 2021 01:16:06 | | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14073056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 10 2021 01:18:52 | | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14073057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 10 2021 01:16:06 | | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14073058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 10 2021 01:18:52 | | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14073059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2021 01:55:00 | | Comenity - Full Beauty, PO Box 182273, Columbus, OH 43218-2273 |
| 14111156 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2021 01:55:00 | | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14073060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2021 01:55:00 | | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14091589 | | Email/Text: mrdiscen@discover.com Jun 10 2021 01:55:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14073062 | + | Email/Text: mrdiscen@discover.com Jun 10 2021 01:55:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14073064 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 10 2021 01:55:00 | | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14102846 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 10 2021 01:55:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14093579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2021 01:18:51 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14073524 | + | Email/PDF: rmscedi@recoverycorp.com Jun 10 2021 01:16:05 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14073066 | + | Email/Text: paparalegals@pandf.us Jun 10 2021 01:56:00 | | Patenaude and Felix, PC, 501 Corporate Drive, Southpoint, Suite 205, Canonsburg, PA 15317-8584 |
| 14073067 | | Email/PDF: gecsedi@recoverycorp.com Jun 10 2021 01:16:01 | | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14085220 | | Email/Text: bnc-quantum@quantum3group.com Jun 10 2021 01:55:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14101965 | | Email/Text: bnc-quantum@quantum3group.com Jun 10 2021 01:55:00 | | Quantum3 Group LLC as agent for, Moma Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14073068 | | Email/Text: bk@rgsfinancial.com Jun 10 2021 01:55:00 | | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 14217470 | + | Email/Text: bncmail@w-legal.com Jun 10 2021 01:56:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14073069 | + | Email/PDF: gecsedi@recoverycorp.com Jun 10 2021 01:18:48 | | Syncb/Ashley Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14073071 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073070 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Syncb/car Care Pep B, Po Box 96060, Orlando, FL 32896-0001 |
| 14106926 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14073072 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073073 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073074 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073075 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:48 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073076 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14073077 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:48 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14098612 | + | Email/Text: bncmail@w-legal.com | Jun 10 2021 01:56:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14073080 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2021 01:55:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14073049 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 58

| Name | Email Address |
|------|---------------|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Bayview Loan Servicing  LLC, et al pa-bk@logs.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Martin Marcucci msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Loretta Marcucci msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Martin Marcucci and Loretta Marcucci

       Debtor(s)                                        Bankruptcy No: 18−11705−amc

                                                               Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                    For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 6/9/21

                                                                                      46 − 45
                                                                                 Form 138_new